IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,            )
                        Plaintiff,   )
                                     )
        vs.                          )        Case No.  03-40030-01-JAR
                                     )
ROBERT ANTON LEWIS,                  )
                        Defendant.   )
_____ )

## ORDER FOR CONTINUANCE

**NOW** on this 25th day of March, 2011, the above-entitled matter comes before the Court on the motion of counsel for the defendant for an order continuing the final revocation hearing currently scheduled on March 31, 2011, until the conclusion of Mr. Lewis's other federal case, Case No. 11-40011-01-JAR.  The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for continuing the final revocation hearing, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the final revocation hearing be continued.  The final revocation hearing is hereby rescheduled to June 13, 2011 at 9:00 a.m.

Dated: <u>March 25, 2011</u>

                                     S/ Julie A. Robinson

                                    JULIE A. ROBINSON

                                    UNITED STATES DISTRICT JUDGE